| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG Docket No. 24 |
| JAMES MASON LOOTS | * | September Term, 2024 |

**O R D E R**

Upon consideration of the parties' joint petition to transfer the Respondent to disability inactive status pursuant to Rules 19-736 and 19-737 and upon consideration of the motion to seal the joint petition, it is this 19th day of December 2024, by the Supreme Court of Maryland,

ORDERED that the joint petition is granted and the Respondent, James Mason Loots, is transferred to disability inactive status pending further order of the Court, and it is further

ORDERED that the Clerk of this Court shall remove the name of James Mason Loots from the register of attorneys in this Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b); and it is further

ORDERED that the motion to seal the joint petition is granted and the joint petition is sealed and is not subject to public inspection.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Justice

Gregory Hilton, Clerk